**DOLL AMIR & ELEY LLP**
HUNTER R. ELEY (SBN 224321)
heley@dollamir.com
CHELSEA HAMILL (SBN 271859)
chamill@dollamir.com
1888 Century Park East, Suite 1850
Los Angeles, California 90067
Tel: 310.557.9100
Fax: 310.557.9101

Attorneys for
CAPITAL ONE BANK (USA), N.A.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA MCGOWAN,<br><br>        Plaintiff,<br><br>vs.<br><br>CAPITAL ONE BANK USA, N.A., and DOES 1 through 10, inclusive;<br><br>        Defendants. | Case No. **'13 CV 2085 L    WMC**<br><br>**NOTICE OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA UNDER 28 U.S.C. § 1441(a), 28 U.S.C. §1331 (FEDERAL QUESTION) and 28 U.S.C. § 1367(a) (SUPPLEMENTAL JURISDICTION)**<br><br>*(Filed concurrently with: (1) Civil Cover Sheet; and (2) Notice of Interested Parties)* |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA:**

**PLEASE TAKE NOTICE THAT** defendant Capital One Bank (USA), N.A., erroneously sued as Capital One Bank USA, N.A. ("Capital One"), hereby invokes this Court's jurisdiction under the provisions of 28 U.S.C. § 1441(a), 28 U.S.C. § 1331 and 28 U.S.C. § 1367(a), and removes this action from state court to federal court pursuant to 28 U.S.C. § 1446(b).

### A.   JURISDICTION

1.   Capital One specifically alleges that this Court has federal question jurisdiction over this action pursuant to 28 U.S.C. §§ 1441(a) and § 1331 because Plaintiff Lisa McGowan ("Plaintiff") alleges a cause of action arising under the federal Telephone Consumer Protection Act ("TCPA"), codified at 47 U.S.C. § 227 *et seq.*, which is a law of the United States.  Further, the Court has supplemental jurisdiction over the state law causes of action alleged in the Complaint pursuant to 28 U.S.C. § 1367(a).

### B.   STATEMENT OF THE CASE

2.   On August 1, 2013, Plaintiff filed a Complaint in the Superior Court of the State of California for the County of San Diego, Northern Division, designated as Case Number 37-2013-00060599-CU-MC-NC (the "Action").  Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of all process, pleadings, and orders served upon Capital One in this case is attached hereto as *Exhibit A*.

3.   Plaintiff asserts six causes of action in her Complaint against Capital One.  Those causes of action include: (1) violations of the TCPA, 47 U.S.C. § 227 *et seq.*; (2) violations of the California Fair Debt Collection Practices Act ("Rosenthal Act"), Cal. Civ. Code § 1788, *et seq.*; and (3) Invasion of Privacy.

**C.     BASIS FOR REMOVAL**

4.     This Court has jurisdiction over this Action pursuant to 28 U.S.C. § 1331 because Plaintiff alleges a cause of action under the TCPA, which is a law of the United States.

5.     Specifically, Plaintiff's Complaint alleges that Capital One has violated the federal TCPA by "using an automated telephone dialing system" to telephone Plaintiff without her consent.  *See* Ex. A, Complaint, ¶¶ 96-100, 106-110.  Therefore, adjudication of Plaintiff's Complaint requires an analysis and construction of federal law.  Thus, this Action is one which may be removed to this Court by Capital One pursuant to 28 U.S.C. § 1441(a) and § 1331 because this Court would have had original jurisdiction founded on Plaintiff's claim arising under the TCPA.

6.     Additionally, this Court has supplemental jurisdiction over the remaining state law claims, because they "form part of the same case or controversy."  28 U.S.C. § 1367(a).  A state claim is part of the same case or controversy if it shares a "common nucleus of operative fact" with the federal claim, and if they would normally be tried together.  *See, e.g., Trustees of the Constr. Indus. & Laborers Health & Welfare Trust v. Desert Valley Landscape Maint., Inc.,* 333 F. 3d 923, 925 (9th Cir. 2003).  The facts related to Plaintiff's state law claims are intertwined with and based upon her allegations of wrongdoing under her federal claim arising under the TCPA.  Specifically, like Plaintiff's claims arising under the TCPA, the state law causes of action involve Plaintiff's allegation that Capital One made debt collection calls to Plaintiff without her consent.  The Court should therefore extend supplemental jurisdiction over each of Plaintiff's state law claims.

**D.     ALL PROCEDURAL REQUIREMENTS FOR REMOVAL HAVE BEEN SATISFIED.**

7.     Removal of this action is timely.  Capital One was served with the initial pleading on August 21, 2013.  Specifically, Plaintiff's Summons and Complaint were personally served on the Corporation Service Company, Capital One's registered

agent for service of process, on August 21, 2013. Therefore, this Notice of Removal is "filed within thirty [30] days after receipt by the defendant . . . of a copy of [Plaintiff's Summons and Complaint]" in accordance with the time period mandated by 28 U.S.C. §1446(b).

8. Capital One is the only named defendant in the action and, therefore, no consent of additional parties is required.

9. Venue lies in the United States District Court for the Southern District of California pursuant to 28 U.S.C. §1441(a) because the Action was filed in this District.

10. As stated above, pursuant to 28 U.S.C. § 1446(a), a true and correct copy of all process, pleadings and orders served upon Capital One in the Action are attached hereto as *Exhibit A*.

11. Written notice of the filing of this Notice of Removal will be promptly served upon Plaintiff. Capital One will also promptly file a copy of this Notice with the Clerk of the Superior Court of California, County of San Diego, North County Judicial District.

**WHEREFORE** Capital One prays that the above Action now pending against it in the Superior Court of the State of California, County of San Diego, North County Judicial District, be removed therefrom to this Court.

Respectfully submitted,

DATED: September 6, 2013    DOLL AMIR & ELEY LLP

By: */s/ Hunter R. Eley*
HUNTER R. ELEY
CHELSEA HAMILL
Attorneys for CAPITAL ONE BANK (USA), N.A.